UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 14-CR-206 (RMC) |
| **MARC VAL SINGLETON** | : | |

### NOTICE

Defendant, Marc Val Singleton, through undersigned counsel, respectfully submits this notice regarding illegible documents that were part of exhibits 3 and 5 of defendant's recently filed sentencing memorandum [doc. #15].  In order to make sure the government and the court have legible copies, Mr. Singleton's counsel has submitted legible copies directly to counsel for the government and to the court.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____"/s/"_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC   20004
(202) 208-7500